# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | | |
| Willie Curry, Jr. | } | **Case No: 20-01333-DSC13** |
| SSN: XXX-XX-3334 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Tuesday, February 28, 2023 09:30 AM, for a hearing on the following:

    RE: Doc #49; Debtor's Motion For Sale of Property under Section 363(b)

Proper notice of the hearing was given and appearances were made by the following:

    Josh Mitchell, attorney for Willie Curry, Jr. (Debtor)
    Willie Curry, Jr.
    Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion is granted in part as amended in open court. The Debtor is authorized to market the property and enter into a sales contract with the conditions that any sale is subject to approval and further Order of this court.

Dated: 03/01/2023

                                                    /s/ TAMARA O. MITCHELL
                                                    TAMARA O. MITCHELL
                                                    United States Bankruptcy Judge